WEBB et al. v. MAXWELL MOTOR CO. (Circuit Court of Appeals, Sixth Circuit. March 6, 1922.) No. 3694. Appeal from the District Court of the United States for the Southern Division of the Eastern District of Michigan;

Arthur J. Tuttle, Judge. Lucking, Helfman, Lucking & Hanlon, of Detroit, Mich., for appellants. Campbell, Bulkley & Ledyard, of Detroit, Mich., for appellee.

PER CURIAM. Appeal dismissed, under rule 18 of this court (202 Fed. xii, 118 C. C. A. xii), on motion of appellee.